UNITED STAES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YETI COOLERS, LLC<br><br>                      PLAINTIFF,<br><br>v.<br><br>SF ASSOCIATES, INC.,<br><br>                      DEFENDANT. | NO. 2:18-MC-00088 RSL<br><br>NOTICE OF MOTION RENOTED FOR MOTION TO SEAL<br><br>Underlying case pending in the W.D. of Texas : *Case Number 1:17-cv-010170-RP*<br><br>NOTE ON MOTION CALENDAR:<br>September 28, 2017 |

Pursuant to LCR 7, SFA Associates, Inc. hereby renotes the Motion to Seal from the original noting date of September 21, 2018 to now be heard by the Court on September 28, 2018.  No opposing party has yet filed a response to the Motion.

NOTICE OF MOTION RENOTED - 1
CASE NO: 2:18-MC-00088-RSL

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242

1   DATED this 12th day of September, 2018.

**EAGLE HARBOR LAW, PLLC**

*/s/  Christina Haring-Larson*
Christina Haring-Larson, WSBA #30121
1601 5TH Avenue, Suite 1100
Seattle, WA 98101
christina@eagleharborlaw.com

T:  (206) 632-4242
*Attorneys for SF Associates, LLC*

NOTICE OF MOTION RENOTED - 2
CASE NO: 2:18-MC-00088-RSL

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 12, 2018, the attached document was presented to the Clerk of Court for filing and uploading to the CM/ECF system. On the date set forth below I served the foregoing document via e-mail to the following persons:

| **ATTORNEY FOR COSTCO WHOLESALE CORPORATION** | **ATTORNEYS FOR PLAINTIFF** |
|---|---|
| Aaron J. Moss<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars<br>21st Floor<br>Los Angeles, CA  90067<br>AMoss@ggfirm.com<br><br>John Goldmark<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington<br>98101-3045<br>johngoldmark@dwt.com | Michael L. Krashin<br>Joseph J. Berghammer<br>John A. Webb<br>Janice V. Mitrius<br>Banner & Witcoff, Ltd.<br>Ten South Wacker Drive #3000<br>Chicago, IL  60606-7407<br>mkrashin@bannerwitcoff.com<br>jberghammer@bannerwitcoff.com<br>jwebb@bannerwitcoff.com<br>jmitrius@bannerwitcoff.com<br><br>Joseph R. Knight<br>Ewell Brown Blanke &Knight LLP<br>111 Congress Avenue, 28th Floor<br>Austin, TX  78701<br>jknight@ebbklaw.com |

DATED this 12TH day of September, 2018 at Seattle, Washington.

*/s/ Christina Haring-Larson*
Christina Haring-Larson

NOTICE OF MOTION RENOTED - 3
CASE NO: 2:18-MC-00088-RSL

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242