The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YETI COOLERS, LLC<br><br>                 PLAINTIFF,<br><br>v.<br><br>SF ASSOCIATES, INC.,<br><br>                 DEFENDANT. | NO. 2:18-MC-00088 RSL<br><br>STIPULATED MOTION TO SEAL MOTION TO COMPEL (Dkt. #1)<br><br>Underlying case pending in the W.D. of Texas: *Case Number 1:17-cv-010170-RP*<br><br>NOTE ON MOTION CALENDAR: September 13, 2018 |

**STIPULATION TO SEAL**

Defendant SF Associates, Inc. ("SFA") and nonparty Costco Wholesale Corporation ("Costco") stipulate and request that the Court provisionally seal SFA's Motion to Compel Costco Wholesale Corporation's Compliance with Subpoena Duces Tecum (the "Motion," Dkt. 1), until the Court rules on the related Motion to Seal (Dkt. 3). In support of this Stipulation, SFA and nonparty Costco state as follows:

      1.     Plaintiff Yeti Coolers, LLC ("Yeti") sued Defendant SFA in an action pending in the Western District of Texas (Case No. 1:17-cv-010170-RP) (the "Underlying Case"). Costco is not a party to that Underlying Action. SFA issued subpoenas to nonparty Costco seeking information it claims is relevant to the claims and defense in the Underlying Case.

---

STIPULATED MOTION TO SEAL SFA'S MOTION TO COMPEL (Dkt. 1) - 1

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242

2.      On September 6, 2018, SFA filed a Motion to Compel compliance with its subpoena to nonparty Costco. *See* Dkt. Nos. 1 & 2. SFA filed the Motion under seal (Dkt. 2) pursuant to its contemporaneously filed Motion to Seal (Dkt. 3) and publicly filed a redacted version of the Motion (Dkt. 1), which redacted certain information that SFA believed to be subject to the protective order entered in Underlying Case (the "Protective Order").

3.      Costco believes that SFA's redactions to the Motion are insufficient to protect confidential information protected from disclosure pursuant to the Protective Order, and that selected additional information contained in attachments to the Motion should be redacted in conformity with the Protective Order.

4.      Costco and SFA met and conferred in connection with Costco's position and on September 12, 2018. SFA filed the Motion with the revised redactions (the "Revised Motion") reflecting the additional redactions that Costco believes are necessary under the Protective Order and to protect its confidential and proprietary information. *See* Dkt. 4.

Based on the foregoing, Costco and SFA stipulate and jointly request that the originally filed Motion (Dkt. 1) should be SEALED and remain sealed until Costco has an opportunity to submit its response in support of the pending Motion to Seal (Dkt. 3) and the Court has ruled on that motion.

STIPULATED TO AND JOINTLY SUMITTED this 13th day of September 2018.

| EAGLE HARBOR LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| s/ *Christina Haring-Larson*<br>Christina Haring-Larson, WSBA #30121<br>christina@eagleharborlaw.com<br>1601 5th Avenue, Suite 1100<br>Seattle, WA 98101 | s/ *John A. Goldmark*<br>John A. Goldmark, WSBA #40980<br>johngoldmark@dwt.com<br>1201 3rd Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 622-3250; Fax (206) 757-7700 |

1  IT IS SO ORDERED

2  DATED this 13th day of September, 2018

3

4  _____

5  The Honorable Robert S. Lasnik

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION TO SEAL SFA'S MOTION TO COMPEL (Dkt. 1) - 3

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242