1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YETI COOLERS, LLC

PLAINTIFF,

v.

SF ASSOCIATES, INC.,

DEFENDANT.

NO. 2:18-MC-00088 RSL

NOTICE OF MOTION RENOTED FOR MOTION TO SEAL

Underlying case pending in the W.D. of Texas : *Case Number 1:17-cv-010170-RP*

NOTE ON MOTION CALENDAR:
October 12, 2018

Pursuant to LCR 7, SFA Associates, Inc. hereby renotes the Motion to Seal from the renoted date of September 28, 2018 to now be heard by the Court on October 12, 2018.  No opposing party has yet filed a response to the Motion.

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242

DATED this 21st day of September, 2018.

**EAGLE HARBOR LAW, PLLC**


*/s/  Christina Haring-Larson*
Christina Haring-Larson, WSBA #30121
1601 5TH Avenue, Suite 1100
Seattle, WA 98101
christina@eagleharborlaw.com

T:  (206) 632-4242
*Attorneys for SF Associates, Inc.*

NOTICE OF MOTION RENOTED - 2
CASE NO: 2:18-MC-00088-RSL

EAGLE HARBOR LAW PLLC
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 21, 2018, the attached

document was presented to the Clerk of Court for filing and uploading to the CM/ECF

system.  On the date set forth below I served the foregoing document via e-mail to the

following persons:

**ATTORNEY FOR COSTCO**
**WHOLESALE CORPORATION**

Aaron J. Moss
Greenberg Glusker Fields Claman &
Machtinger LLP
1900 Avenue of the Stars
21st Floor
Los Angeles, CA  90067
AMoss@ggfirm.com

John Goldmark
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington
98101-3045
johngoldmark@dwt.com

**ATTORNEYS FOR PLAINTIFF**

Michael L. Krashin
Joseph J. Berghammer
John A. Webb
Janice V. Mitrius
Banner & Witcoff, Ltd.
Ten South Wacker Drive #3000
Chicago, IL  60606-7407
mkrashin@bannerwitcoff.com
jberghammer@bannerwitcoff.com
jwebb@bannerwitcoff.com
jmitrius@bannerwitcoff.com

Joseph R. Knight
Ewell Brown Blanke &Knight LLP
111 Congress Avenue, 28th Floor
Austin, TX  78701
jknight@ebbklaw.com

DATED this 21st day of September, 2018 at Seattle, Washington.

/s/ Christina Haring-Larson
Christina Haring-Larson

NOTICE OF MOTION RENOTED - 3
CASE NO: 2:18-MC-00088-RSL

**EAGLE HARBOR LAW PLLC**
1601 FIFTH AVENUE, SUITE 1100
SEATTLE, WA 98101
(206) 632-4242